FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN MCLAUGHLIN, an individual,<br><br>                Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA, a foreign insurance company doing business as Safeco Insurance Company,<br><br>                Defendant. | No. 2:18-CV-00316-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' joint request for a Stipulated Protective Order, **ECF No. 9 at 6**, is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order, **ECF No. 9-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 2